**Dismissed and Memorandum Opinion filed August 6, 2024**



In The

# Fourteenth Court of Appeals

## NO. 14-24-00412-CV

### CYNTHIA HANDLEY, Appellant

### V.

### SPEC'S FAMILY PARTNERS, LTD AND WOOD RIDGE IMPROVEMENTS, LLC, Appellees

**On Appeal from the 151st District Court**
**Harris County, Texas**
**Trial Court Cause No. 2023-86280**

## MEMORANDUM OPINION

This is an attempted appeal from an interlocutory order signed May 7, 2024 denying a motion for new trial. That motion for new trial was filed after the trial court dismissed all claims against appellee Spec's Family Partnership, Ltd.; however, the claims against Wood Ridge Improvements, LLC remain unresolved. Generally, appeals may be taken only from final judgments. *Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001). When orders do not dispose of all pending

parties and claims, the orders remain interlocutory and unappealable until final judgment is rendered unless a statutory exception applies. *Bally Total Fitness Corp. v. Jackson*, 53 S.W.3d 352, 352 (Tex. 2001); *Jack B. Anglin Co., Inc. v. Tipps*, 842 S.W.2d 266, 272 (Tex. 1992) (orig. proceeding).

On July 18, 2024, this court sent notification to the parties of this court's intention to dismiss the appeal for want of jurisdiction unless appellant filed a response demonstrating grounds for continuing the appeal on or before July 29, 2024. *See* Tex. R. App. P. 42.3(a). Appellant did not file a response.

Accordingly, we dismiss the appeal for want of subject-matter jurisdiction.

PER CURIAM

Panel consists of Chief Justice Christopher and Justices Spain and Poissant.